# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

KENNETH ANTHONY TAYLOR,

Defendant-Appellant.

UNPUBLISHED
February 19, 2015

No. 318526
Wayne Circuit Court
LC No. 13-001078-FH

Before: BECKERING, P.J., and JANSEN and BOONSTRA, JJ.

BECKERING, P.J. (*concurring*).

I concur in result only.

/s/ Jane M. Beckering

-1-